# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                    **CRIMINAL ACTION NO. 1:09CR103-P-D**

**ANTONIO REESE**

## ORDER

This cause is before the Court on the defendant's Motion to Continue Trial and All Deadlines [43]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for July 19, 2010. Counsel for defendant seeks a continuance on grounds that he has experienced a sudden medical emergency with his immediate family and he cannot be present on the scheduled trial date. The government does not object to the requested continuance. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from July 19, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the foregoing circumstances, a continuance is necessary to ensure the availability of defense counsel at trial. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion to Continue Trial and All Deadlines [43] is GRANTED;

2. That the trial of this matter is continued until Monday, August 16, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from July 19, 2010 until August 16, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is July 26, 2010;

5. That the deadline for submitting a plea agreement is August 2, 2010.

SO ORDERED, this the 19th day of July, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE